IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BARRIER GUARD TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00383-JRG |
| EL-GO TEAM, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal of EL-GO Team (the "Notice") filed by Plaintiff Barrier Guard Technologies, LLC. (Dkt. No. 5.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed **CLOSE** this case.

**So ORDERED and SIGNED this 17th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE